```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                                   Case No. 11-50139-mss
David Wayne Oeltjen                                                      Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0647-5         User: meldr                  Page 1 of 2                  Date Rcvd: May 16, 2011
                             Form ID: 234a                Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2011.
```
db          +David Wayne Oeltjen,    1536 Multnoma Avenue,    Akron, OH 44305-2056
20299104    +Action Spine And Pain Center,    63 Baker Blvd,    Akron, OH 44333-3601
20299106    +Citibank Sd, Na,    c/o McCann,William,    1100 Superior Avenue,    Cleveland, OH 44114-2530
20299110    +Denise Derer,    c/o Summit County CSEA,    175 S Main Street,    Akron, OH 44308-1306
20299109    +Denise Derer,    2107 Glenmount Avenue,    Akron, OH 44319-1229
20299111    +Eastside Anesthesia Group,    Po Box 696,    Chesterland, OH 44026-0696
20299112    +GE Money Bank,    c/o Asset Recovery Solutions,    2200 E Devon Avenue Suite 200,
              Des Plaines, IL 60018-4501
20299114    +Gemb/ Dicks Sporting Goods,    c/o NES,    29125 Solon Road,    Solon, OH 44139-3442
20299113    +Gemb/ Dicks Sporting Goods,    Po Box 1400,    El Paso, TX 79948-1400
20299118     Goodyearcbsd,    c/o United Recovery Systems,    P.O. Box 630339,    Houston, TX 77263-0339
20299122     Lab Care,    c/o Joseph R. Harrison Company, LPA,    310 N Cleveland Massillon Road,
              Akron, OH 44333-2493
20299124    +North Akron Savings,    158 E. Cuyahoga Falls Avenue,    Akron, OH 44310-3090
20299125    +Parkwest Surgical Center,    One Park West Blvd Suite 160,    Akron, OH 44320-4218
20299127     Summa Emergency Associates,    P.O. Box 1649,    Akron, OH 44309-1649
20299128    +Summa Health System,    Po Box 182301,    Columbus, OH 43218-2301
20299129    +Summa Health Systems,    c/o First Credit,    3250 W. Market Street, Suite 304,
              Akron, OH 44333-3321
20299130    +Summa Physicians Inc,    Po Box 75530,    Cleveland, OH 44101-4755
20299131    +Verizon Wireless,    c/o Midland Credit Management,    Po Box 939019,    San Diego, CA 92193-9019
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +EDI: BASSASSOC.COM May 16 2011 21:28:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
20299105    +EDI: CITICORP.COM May 16 2011 21:28:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
              Po Box 20507,    Kansas City, MO 64195-0507
20299107    +EDI: CITICORP.COM May 16 2011 21:28:00      Citibank Sd, Na,    Po Box 6241,
              Sioux Falls, SD 57117-6241
20299108    +E-mail/Text: bankruptcy@crystalclinic.com May 16 2011 21:37:33      Crystal Clinic,    Po Box 75575,
              Cleveland, OH 44101-4755
20299115    +EDI: RMSC.COM May 16 2011 21:28:00      Gemb/hh Gregg,    Po Box 981439,    El Paso, TX 79998-1439
20299116    +EDI: RMSC.COM May 16 2011 21:28:00      Gemb/home Design Floor,    Po Box 981439,
              El Paso, TX 79998-1439
20299117    +EDI: CITICORP.COM May 16 2011 21:28:00      Goodyearcbsd,    Po Box 6497,
              Sioux Falls, SD 57117-6497
20299120    +EDI: HFC.COM May 16 2011 21:28:00      Hsbc Best Buy,    1405 Foulk Road,
              Wilmington, DE 19803-2769
20299119    +EDI: HFC.COM May 16 2011 21:28:00      Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,
              Carol Stream, IL 60197-5263
20299121    +E-mail/Text: ebnsterling@weltman.com May 16 2011 21:36:40      Jareds,    375 Ghent Rd.,
              Akron, OH 44333-4601
20299123    +EDI: MID8.COM May 16 2011 21:28:00      Midland Credit Management,    8875 Aero Dr,
              San Diego, CA 92123-2251
20299126    +EDI: SEARS.COM May 16 2011 21:28:00      Sears/cbsd,    701 East 60th St N,
              Sioux Falls, SD 57104-0432
20299132    +EDI: WFFC.COM May 16 2011 21:28:00      Wells Fargo Financial National Bank,    800 Walnut Street,
              Des Moines, IA 50309-3891
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 18, 2011**                    Signature:  _Joseph Speetjens_

Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**In re:**
David Wayne Oeltjen

**Case No.:** 11−50139−mss

**Chapter:** 7

**Address:**
1536 Multnoma Avenue
Akron, OH 44305

**Last four digits of Social Security No.:**
xxx−xx−5333

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** May 16, 2011
Form ohnb234

/s/ Marilyn Shea−Stonum
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**\* The Discharge Order is a very important document. Please keep a copy of it in your records \***

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Discrimination Prohibited**

Employers are prohibited from discriminating against you because you filed bankruptcy. Similarly, a professional license or driver's license may not be revoked, suspended or denied because you filed bankruptcy.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**