Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 11−50139−mss**

**In re:**
David Wayne Oeltjen
1536 Multnoma Avenue
Akron, OH 44305

**Social Security No.:**
xxx−xx−5333

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Harold A Corzin is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** May 20, 2011                     /s/ Marilyn Shea−Stonum
Form ohnb136                                United States Bankruptcy Judge